**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **LARRY GENE BUCK,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:11-CV-3039-L** |
| | § | |
| **CITY OF VENUS, et al.**, | § | |
| | § | |
| Defendants. | § | |

## ORDER

    Larry Gene Buck brought this action on November 3, 2011, pursuant to 42 U.S.C. § 1983, against the City of Venus and other defendants, alleging that excessive force was used in violation of his civil rights during his arrest for burglary of a habitation with intent to commit assault on June 15, 2001. The case was referred to Magistrate Judge Paul D. Stickney, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on February 3, 2012, recommending that the action be dismissed with prejudice as barred by limitations. No objections to the Report were timely filed.

    Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court **determines** that the findings and conclusions of the magistrate judge are correct, **accepts** them as those of the court, and **dismisses** this action **with prejudice** as barred by limitations.

**It is so ordered** this 22nd day of February, 2012.

_____
Sam A. Lindsay
United States District Judge

Order – Page 2